# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[a] | |
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.: 10-4547 |
| vs. | **STIPULATION TO EXTEND TIME** |
| Subrogation Management Team, Ltd., | |
| Defendant. | |

The Plaintiff, Brian F. Leonard, Trustee, and Defendant Subrogation Management Team, Ltd., by their attorneys, enter into this Stipulation.

Whereas, Brian F. Leonard, Trustee, commenced this adversary proceeding on December 7, 2010 to avoid the Debtor's transfers of $32,588.23 to Subrogation Management Team, Ltd. under 11 U.S.C. §§547, 550 and 551.

Whereas, Subrogation Management Team, Ltd. requests additional time to file its answer or to otherwise respond to the complaint.

---

[a] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

Therefore, the parties agree to extend the deadline for Subrogation Management Team, Ltd. to file its answer or respond to the complaint to March 11, 2011.

| | |
|---|---|
| **LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.** | **SUBROGATION MANAGEMENT TEAM, LTD.** |
| By: /e/ Andrea M. Hauser<br>Andrea M. Hauser, #207469<br>100 South Fifth Street<br>Suite 2500<br>Minneapolis, MN 55402<br>(612) 332-1030<br>ahauser@losgs.com<br>Attorneys for Brian F. Leonard, Trustee | By: Janet L. Grundy<br>Janet L. Grundy, # TXC855 7300<br>General Counsel<br>204 East Rhapsody<br>San Antonio, TX 78216<br>(210) 657-0275<br>jgrundy@austin.rr.com |
| Dated: February 8, 2011 | Dated: February 8, 2011 |

433065

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>ARC Venture Holding, Inc., et al.,<br><br>Debtors.[1] | BKY Case No.: 08-46367<br><br>Chapter 7<br>(Jointly Administered) |
| Brian F. Leonard, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Subrogation Management Team, Ltd.,<br><br>Defendant. | Adv. No.: 10-4547<br><br>**ORDER** |

This matter came before the Court on the stipulation of Brian F. Leonard, Trustee and Plaintiff, and Defendant Subrogation Management Team, Ltd. dated February 8, 2011. Based on the stipulation and the Court being fully advised in the premises,

IT IS ORDERED that Subrogation Management Team, Ltd. shall file its answer or otherwise respond to the complaint by March 11, 2011.

Dated: _____   _____
                                                                    Nancy C. Dreher
433066                                                     United States Bankruptcy Judge

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.